**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000098
30-MAY-2012
11:30 AM**

NO. CAAP-11-0000098

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THE ESTATE
OF
MARY CORREA BOVEE, Deceased.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 88-0030)


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of Petitioner-Appellant Edward A. Smith's (Smith) submission to the court filed on May 22, 2012, which we construe as a motion for reconsideration of this court's Summary Disposition Order filed on May 3, 2012,

The time for filing a motion for reconsideration of the Summary Disposition Order expired as of May 15, 2012.  Hawai'i Rules of Appellate Procedure, Rule 40(a).

Therefore, IT IS HEREBY ORDERED that Smith's motion is denied.

DATED:   Honolulu, Hawai'i, May 30, 2012.

Chief Judge

Associate Judge

Associate Judge